UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

HURTIS DEWAYNE TRICE                                                                                   PLAINTIFF

*vs.*                                                                              CIVIL ACTION NO.  5:02-CV-P251-R

LIVY LEAVELL, JR. et al.                                                                            DEFENDANTS

## ORDER

A review of the Court's record reveals that Plaintiff, Hurtis D. Trice, has fully paid the filing fee for this action.  Therefore, no further collections from Plaintiff Trice's inmate trust account shall be made in this action.

**IT IS SO ORDERED** this 16th day of December, 2004.

ENTERED BY ORDER OF COURT:

THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE

JEFFREY A. APPERSON, CLERK

By: s/s Jeffrey A. Apperson

cc:   Plaintiff, *pro se*
      Financial Section, USDC, WDKY
      KSR, 3001 W. Hwy 146, LaGrange, KY 40032